UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. SMITH** | * | **CIVIL ACTION NO: 17-cv-9899** |
| | * | |
| **PLAINTIFF,** | * | |
| | * | **JUDGE BARRY W. ASHE** |
| **VERSUS** | * | |
| | * | |
| **OCHSNER HEALTH SYSTEM AND** | * | **MAG. JANIS VAN MEERVELD** |
| **OCHSNER CLINIC FOUNDATION** | * | |
| | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Ochsner Health System and Ochsner Clinic Foundation (collectively "Ochsner"), which, pursuant to Federal rule of Civil Procedure 56, respectfully move this Court for summary judgment on the overtime claims asserted by Plaintiff, Daniel G. Smith ("Plaintiff") under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* As explained more fully in the attached Memorandum in Support, Plaintiff was exempt from the overtime provisions of the FLSA pursuant to the highly compensated and administrative exemptions to the FLSA's overtime requirements.  Therefore, Plaintiff was not entitled to overtime for hours worked over forty in a workweek.  Plaintiff's lawsuit should be dismissed in its entirety with prejudice.

Respectfully submitted,

/s/ *David K. Theard*
Jennifer F. Kogos (LA # 25668)
David K. Theard (LA # 31987)
Jones Walker LLP
201 St. Charles Avenue – 50th Floor
New Orleans, Louisiana  70170-5100
Phone: (504) 582-8154
              (504) 582-8402
Fax:    (504) 589-8154
              (504) 589-8402
Email: jkogos@joneswalker.com
              dtheard@joneswalker.com

*Attorneys for Defendants, Ochsner Health System and Ochsner Clinic Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court on this 26th day of September, 2018, to be served on all counsel of record by operation of the Court's electronic filing system.

/s/ *David K. Theard*
David K. Theard