UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL G. SMITH,** | * | **CIVIL ACTION NO. 17-cv-9899** |
| | * | |
| **VERSUS** | * | **JUDGE BARRY W. ASHE** |
| | * | |
| **OCHSNER HEALTH SYSTEM AND** | * | **MAG. JANIS VAN MEERVELD** |
| **OCHSNER CLINIC FOUNDATION** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Daniel G. Smith, in the above captioned case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order granting Defendants' Motion for Summary Judgment (Rec. Doc. 58), entered in this action on the 13th day of November, 2018.

**Respectfully submitted,**

　　　　s/ Kenneth C. Bordes　　　　.
**Kenneth C. Bordes (Bar #35668)**
**KENNETH C. BORDES,**
**ATTORNEY AT LAW, LLC**
2725 LAPEYROUSE ST.
NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: KCB@KENNETHBORDES.COM
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court and served on opposing counsel via the CM/ECF system in accordance with LR 5.4 and Fed. R. Civ. P. 5(b)(3) on this 8th day of November, 2018.

　　　/s/ Kenneth C. Bordes　　　.
　　　　Kenneth C. Bordes